## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | ) | |
| **KATHLEEN KEMBLE** | ) | **Case Number:3:10-cv-4833** |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **FREDERICK J. HANNA &** | ) | |
| **ASSOCIATES** | ) | |
| **Defendant** | ) | |
| | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Kathleen Kemble, pursuant to Rule

41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action

captioned above, with prejudice.



BY: /s/  Bruce K. Warren

Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800